IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JED ALAN GRAHAM, M.D.,** | § § § | |
| Petitioner | § § | |
| v. | § § | C.A. No. 20-cv-3433 |
| | § § | |
| **UNITED STATES OF AMERICA** | § § | |
| Respondent | § § | |

**ORDER GRANTING MOTION FOR RETURN OF PROPERTY SEIZED FROM PETITIONER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g)**

On this day came to be considered Petitioner Jed Alan Graham, M.D.'s Motion for Return of Property Seized From Petitioner Pursuant to Federal Rule of Criminal Procedure 41(g) and upon consideration of the Motion, the responses and argument of the parties, if any, the Court is of the opinion that said Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED, that the U.S. Government shall produce a copy of all seized property, including all medical records and files, in the form that they were seized to Petitioner.

Signed on this _____ day of _____, 2020.

_____
PRESIDING JUDGE