**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JED ALAN GRAHAM, M.D.** | § | |
| | § | |
| **Plaintiff** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20-CV-03433** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

### ORDER

On October 5, 2020, Plaintiff filed a Complaint against Defendant United States of America. Plaintiff failed to file proof of service within the 90-day deadline imposed by Federal Rule of Civil Procedure 4(m). On March 24, 2022, the Court contacted Plaintiff via his counsel to inquire whether Defendant was served and whether Plaintiff still intends to proceed with this litigation; Plaintiff failed to respond. Accordingly, Plaintiff's claims are hereby **DISMISSED** due to Plaintiff's failure to prosecute.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on March 30, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE